IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

STATE OF ARKANSAS *ex rel.*
DUSTIN McDANIEL, ATTORNEY GENERAL                                   PLAINTIFF

v.                              CASE NO. 4:12CV00494 BSM

ASSOCIATED ACCOUNTING SPECIALISTS
AND JASON PAGE                                                      DEFENDANTS

## ORDER

Plaintiff State of Arkansas *ex rel.* Dustin McDaniel, Attorney General's ("Arkansas") motion for a default judgment [Doc. No. 17] is granted.

Arkansas filed the original complaint on August 9, 2012. An amended complaint was filed on January 19, 2010. A summons was issued to Associated Accounting Specialists ("AAC") on August 14, 2012. The complaint was amended to add Jason Page as a defendant on June 5, 2013, and a summons was issued to Page on July 9, 2013. Affidavits of service of summons have been filed with respect to both defendants. Neither AAC nor Page filed an answer to the complaint or the amended complaint. A clerk's entry of default was filed as to both defendants on September 17, 2013. Arkansas now moves for default judgment, and neither AAC nor Page have responded to the motion.

The procedural history set forth above supports the entry of default judgment against AAC and Page. Both defendants are hereby enjoined from placing, or causing to be placed, unsolicited telemarketing robo-calls or unauthorized live telemarketing calls to consumers in the United States. They are further enjoined from owning, operating, or managing any

business which markets services which purport to lower credit card interest rates or provide other debt relief services as defined in 16 C.F.R. 310.2(m) or Ark. Code. Ann. §23-39-401(5)(A).

Arkansas is awarded $90,000 in civil penalties against AAC and Page, jointly and severally. The defendants, jointly and severally, are ordered to pay restitution in the amount of $998 to the affected customers. Finally, Arkansas is awarded $4,500 in attorneys' fees and expenses.

IT IS SO ORDERED this 26th day of December 2013.

_____
UNITED STATES DISTRICT JUDGE