IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**STATE OF ARKANSAS** *ex rel.*
**DUSTIN McDANIEL, ATTORNEY GENERAL**                                      PLAINTIFF

v.                              CASE NO. 4:12CV00494 BSM

**ASSOCIATED ACCOUNTING SPECIALISTS**
**AND JASON PAGE**                                                        DEFENDANTS

## JUDGMENT

Consistent with the order entered this day, this case is hereby dismissed.

DATED this 26th day of December 2013.

_____
UNITED STATES DISTRICT JUDGE